| | |
|---|---|
| 1 | Stuart B. Wolfe (SBN 156471)<br>Joshua M. Bryan (SBN 225230) |
| 2 | jmbryan@wolfewyman.com<br>WOLFE & WYMAN LLP |
| 3 | 2175 N. California Blvd., Suite 415<br>Walnut Creek, California 94596-3579 |
| 4 | Telephone: (925) 280-0004<br>Facsimile: (925) 280-0005 |
| 5 | |
| 6 | Attorneys for Defendant<br>PNC BANK, NATIONAL ASSOCIATION as |
| 7 | successor by merger to National City Bank previously<br>doing business as National City Mortgage (erroneously |
| 8 | sued as National City Mortgage Company dba Accubanc |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | VI THI THONG LUU, | Case No.: C 09-05005 JW |
| 12 | Plaintiff, | **STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| 13 | v. | |
| 14 | NATIONAL CITY MORTGAGE COMPANY, et al, | |
| 15 | | Date: March 1, 2010<br>Time: 10:00 a.m. |
| 16 | Defendants. | Place: Courtroom 8, 4th Floor<br>280 South 1st Street |
| 17 | | San Jose, California 95112 |
| 18 | | Hon. James Ware, Presiding |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between the Plaintiff VI THI THONG LUU ("Plaintiff"), and Defendant PNC BANK, NATIONAL ASSOCIATION ("PNC") (collectively "the Parties"), by and through their respective attorneys of record. Plaintiff and PNC, by and through their respective counsel of record herein, agree and stipulate as follows:

1

A. A Case Management Conference is currently set for March 1, 2010 at 10:00 a.m. in Courtroom 8, 4th Floor before the Honorable James Ware, in the above entitled court.

B. Whereas, PNC has filed a motion to dismiss and motion to strike with respect to Plaintiff's complaint, currently set for hearing on April 12, 2010, in the above entitled Court, the parties wish to continue the Case Management Conference currently set for March 1, 2010, at the Court's convenience, to a date after the April 12, 2010 hearing on the motion to dismiss and motion to strike.

DATED: February 23, 2010             WOLFE & WYMAN LLP

By: /s/ Joshua M. Bryan  (SBN 225230)
    STUART B. WOLFE
    JOSHUA M. BRYAN
Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION as successor by merger to National City Bank previously doing business as National City Mortgage (erroneously sued as National City Mortgage Company dba Accubanc

DATED: February 23, 2010             CALIFORNIA ADVOCACY GROUP

By: /s/ Alex Friedland  (SBN 068171)
Attorneys for Plaintiff
VI THI THONG LUU

## ORDER ON STIPULATION

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the Case Management Conference currently set for March 1, 2010, shall be **VACATED.** The Court will set a new Conference date, if necessary, in its Order addressing Defendants' Motion to Dismiss.

Dated: February 25, 2010

_____
JAMES WARE
United States District Judge