

Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION as
successor by merger to National City Bank previously
doing business as National City Mortgage (erroneously
sued as National City Mortgage Company dba Accubanc

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| VI THI THONG LUU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE COMPANY, et al,<br><br>Defendants. | Case No.: C 09-05005 JW<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 1, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>        280 South 1st Street<br>        San Jose, California 95112<br><br>Hon. James Ware, Presiding |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between the Plaintiff VI THI THONG LUU ("Plaintiff"),

and Defendant PNC BANK, NATIONAL ASSOCIATION ("PNC") (collectively "the Parties"), by

and through their respective attorneys of record.  Plaintiff and PNC, by and through their respective

counsel of record herein, agree and stipulate as follows:

1

STIPULATION AND [PROPOSED ORDER]

1    A.    A Case Management Conference is currently set for March 1, 2010 at 10:00 a.m. in

2    Courtroom 8, 4th Floor before the Honorable James Ware, in the above entitled court.

3    B.    Whereas, PNC has filed a motion to dismiss and motion to strike with respect to

4    Plaintiff's complaint, currently set for hearing on April 12, 2010, in the above entitled Court, the

5    parties wish to continue the Case Management Conference currently set for March 1, 2010, at the

6    Court's convenience, to a date after the April 12, 2010 hearing on the motion to dismiss and motion

7    to strike.

8    DATED:  February 23, 2010          WOLFE & WYMAN LLP

9

10                                       By: /s/ Joshua M. Bryan  (SBN 225230)
                                            STUART B. WOLFE
11                                          JOSHUA M. BRYAN
                                         Attorneys for Defendant
12                                       PNC BANK, NATIONAL ASSOCIATION as
                                         successor by merger to National City Bank previously
13                                       doing business as National City Mortgage
                                         (erroneously sued as National City Mortgage
14                                       Company dba Accubanc

15   DATED:  February 23, 2010          CALIFORNIA ADVOCACY GROUP

16

17                                       By:  /s/ Alex Friedland  (SBN 068171)
                                         Attorneys for Plaintiff
18                                       VI THI THONG LUU

19

20                          **ORDER ON STIPULATION**

21         The Court, having reviewed the stipulation of the parties, and good cause appearing

22   therefore, ORDERS that the Case Management Conference currently set for March 1, 2010, shall be

23   **VACATED.**  The Court will set a new Conference date, if necessary, in its Order addressing

24   Defendants' Motion to Dismiss.

25

26   Dated:  February 25, 2010          _____

27                                      JAMES WARE
                                        United States District Judge

28

                                        2

STIPULATION AND [PROPOSED ORDER]

WOLFE & WYMAN LLP

H:\Matters\National City Bank (1264.001)\163 (Luu)\Pleadings\Stip to Continue CMC.doc